IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

# In Re: Boston Scientific Corp. Pelvic Repair System Products Liability Litigation MDL No. 2326

Civil Action No. 2:13-cv-10673

## SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2326 by reference. Plaintiff(s) further show the Court as follows:

1. Female Plaintiff:

    Laura Cox

2. Plaintiff Husband (if applicable):

    Michael Cox

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. State of Residence:

    Wisconsin

5. District Court and Division in which venue would be proper absent direct filing:

    U.S. District Court for the Western District of Wisconsin

6. Defendants (Check Defendants against whom Complaint is made):

    ☒   A. Boston Scientific Corporation

☐ B. American Medical Systems, Inc. ("AMS")

☐ C. American Medical Systems Holdings, Inc. ("AMS Holdings")

☐ D. Endo Pharmaceuticals, Inc.

☐ E. Endo Health Solutions Inc. (f/k/a Endo Pharmaceuticals Holdings, Inc.)

☐ F. Johnson & Johnson

☐ G. Ethicon, Inc.

☐ H. Ethicon, LLC

☐ I. C. R. Bard, Inc. ("Bard")

☐ J. Sofradim Production SAS ("Sofradim")

☐ K. Tissue Science Laboratories Limited ("TSL")

7. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other: _____

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    4, 5, 6

_____

_____

B. Other allegations of jurisdiction and venue:

_____

_____

_____

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff):

- ☐ The Uphold Vaginal Support System;
- ☐ The Pinnacle Pelvic Floor Repair Kit;
- ☒ The Advantage Transvaginal Mid-Urethral Sling System;
- ☐ The Advantage Fit System;
- ☐ The Lynx Suprapubic Mid-Urethral Sling System;
- ☐ The Obtryx Transobturator Mid-Urethral Sling System;
- ☐ The Prefyx PPS System;
- ☒ The Solyx SIS System; and/or
- ☐ Other

_____

_____

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

- ☐ The Uphold Vaginal Support System;
- ☐ The Pinnacle Pelvic Floor Repair Kit;
- ☒ The Advantage Transvaginal Mid-Urethral Sling System;
- ☐ The Advantage Fit System;
- ☐ The Lynx Suprapubic Mid-Urethral Sling System;
- ☐ The Obtryx Transobturator Mid-Urethral Sling System;
- ☐ The Prefyx PPS System;
- ☒ The Solyx SIS System; and/or

☐ Other

_____

_____

10. Date of Implantation as to Each Product:

   1)  Solyx SIS System: November 9, 2009

   2)  Advantage Midurethral Sling: February 11, 2010

   _____

11. Hospital(s) where Plaintiff was implanted (Including City and State):

   1)  Fort Memorial Hospital, Fort Atkinson, WI

   2)  Fort Memorial Hospital, Fort Atkinson, WI

   _____

12. Implanting Surgeon(s):

   1)  Satwant S. Dhillon, M.D.

   2)  Satwant S. Dhillon, M.D.

   _____

13. Counts in the Master Complaint brought by Plaintiff(s)

   ☒ Count I – Negligence

   ☒ Count II – Strict Liability – Design Defect

   ☒ Count III – Strict Liability – Manufacturing Defect

   ☒ Count IV – Strict Liability – Failure to Warn

   ☒ Count V - Breach of Express Warranty

   ☒ Count VI – Breach of Implied Warranty

   ☒ Count VII (by the Husband) – Loss of Consortium

☒ Count VIII – Discovery Rule, Tolling and Fraudulent Concealment

☒ Count IX – Punitive Damages

☐ Other Count _____ If Plaintiff asserts additional claims, please state the factual and legal basis for these claims below:

_____

_____

_____

☐ Other Count _____ If Plaintiff asserts additional claims, please state the factual and legal basis for these claims below:

_____

_____

_____

Address and bar information:

/s/ Sarah F. Kaas
Wisconsin State Bar No. 01027895
Attorneys for Plaintiffs

Cannon & Dunphy, S.C.

595 N. Barker Road; P.O. Box 1750

Brookfield, WI 53008-1750
262-796-3706